UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GERALD LINWOOD ROGERS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES VETERANS )<br>ADMINISTRATION TOGUS HOSPITAL, )<br>)<br>    Defendant. ) | 1:12-cv-00329-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRAGTE JUDGE**

The United States Magistrate Judge filed with the Court on January 7, 2013 her Recommended Decision (ECF No. 11). The Plaintiff filed his objections to the Recommended Decision on January 15, 2013 (ECF No. 12), and the Defendant file its response to those objections on January 18, 2013 (ECF No. 13). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendant's Motion to Dismiss (ECF No. 8) be and herby is <u>GRANTED</u> and the Complaint (Docket #1) is dismissed.

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE

Dated this 22nd day of January 2013.