UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GERALD LINWOOD ROGERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES VETERANS )<br>ADMINISTRATION TOGUS )<br>HOSPITAL, )<br>)<br>Defendant. ) | Civil No. 1:12-cv-00329-JAW |

## JUDGMENT OF DISMISSAL

Pursuant to the Order Affirming the Report and Recommended Decision dated January 22, 2013;

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/Jennifer L. Gray
       Deputy Clerk

Dated: January 22, 2013